IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANIS WAITE,

    Plaintiff,

v.

WOOD COUNTY, WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-643-wmc

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wood County, Wisconsin against plaintiff Janis Waite dismissing this case.

Approved as to form this 16th day of January, 2018.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

1/17/18
Date